| | | |
|---|---|---|
| People v Boland | 2d Dept: 143 AD3d 909 (Queens) | denied 1/3/17 (Garcia, J.) |
| People v Bombard | 4th Dept: 143 AD3d 1257 (Ontario) | denied 1/5/17 (Stein, J.) |
| People v Bouwens | App Div, 4th Dept, 10/4/16 (Ontario) | dismissed 1/26/17 (Garcia, J.) |
| People v Bowens | 1st Dept: 143 AD3d 528 (NY) | denied 1/24/17 (Abdus-Salaam, J.) |
| People v Bridges | 4th Dept: 144 AD3d 1582 (Erie) | denied 1/9/17 (Stein, J.) |
| People v Brimmage | 1st Dept: 143 AD3d 624 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Brito | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 130(A) (Kings) | denied 1/3/17 (Garcia, J.) |
| People v Brook | 2d Dept: 143 AD3d 836 (Kings) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Bryant (Keith) | 4th Dept: 144 AD3d 1523 (Monroe) | denied 1/4/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Bryant (Keith) | 4th Dept: 144 AD3d 1530 (Monroe) | denied 1/4/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Burlingame | App Div, 4th Dept, 8/16/16 (Chautauqua) | denied reconsideration 1/20/17 (DiFiore, Ch. J.) |
| People v Cadet | 3d Dept: 144 AD3d 1335 (Washington) | denied 1/18/17 (Fahey, J.) |
| People v Cardona | App Term, 1st Dept: 53 Misc 3d 137(A) (NY) | denied 1/24/17 (Garcia, J.) |
| People v Carducci | 4th Dept: 143 AD3d 1260 (Erie) | denied 1/5/17 (Stein, J.) |
| People v Carrasquillo | 4th Dept: 142 AD3d 1359 (Onondaga) | denied 1/6/17 (Garcia, J.) |
| People v Carrasquillo-Fuentes | 4th Dept: 142 AD3d 1335 (Onondaga) | denied 1/6/17 (Garcia, J.) |
| People v Casolo | 3d Dept: 142 AD3d 1247 (Albany) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Castro | 1st Dept: 143 AD3d 514 (Bronx) | denied 1/16/17 (Rivera, J.) |
| People v Clark | 4th Dept: 142 AD3d 1339 (Monroe) | denied 1/4/17 (DiFiore, Ch. J.) |
| People v Clarke | 2d Dept: 144 AD3d 937 (Westchester) | denied 1/23/17 (Fahey, J.) |
| People v Coello | App Div, 1st Dept: 2016 NY Slip Op 88142(U) (Bronx) | denied 1/24/17 (Garcia, J.) |
| People v Colletta | 2d Dept: 143 AD3d 908 (Queens) | denied 1/25/17 (Stein, J.) |